UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA D. VACA,<br>    Plaintiff,<br>    v.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>    Defendant. | CIVIL NO. EDCV 16-01178 VEB<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorneys' fees under the EAJA in the amount of Three Thousand Five Hundred Dollars ($3,500.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: June 14, 2017  /s/Victor E. Bianchini
                                       VICTOR E. BIANCHINI
                                       UNITED STATES MAGISTRATE JUDGE